| STATE OF LOUISIANA | * | NO. 2019-KA-0330 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| TROY VARNADO | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**CHASE, J., CONCURS IN THE RESULT**